Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Caitlin Baunsgard
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 0 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-6049-EFS-10 |
| vs. | **Pretrial Diversion Agreement** |
| BRITTNEY LEE ZARAGOZA, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter and Caitlin Baunsgard, Assistant United States Attorneys for the Eastern District of Washington, and Defendant BRITTNEY LEE ZARAGOZA and Defendant's counsel, Victor Lara, agree to the following Pretrial Diversion Agreement:

## **PRETRIAL DIVERSION AGREEMENT**

1.     The Grand Jury alleges in an Second Superseding Indictment returned on December 6, 2016, that Defendant committed the following offenses against the United States in the Eastern District of Washington: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h) (Count 2); and two counts of Money Laundering, each in violation of 18 U.S.C. § 1956(a)(1)(B)(i) (Counts 12 and 14).

2.    Consistent with this Pre-Trial Diversion Agreement, the United States agrees to defer prosecution in the Eastern District of Washington for the offense alleged in the Second Superseding Indictment (ECF No. 105) for a period of 60 months from the date of the filing of this Pre-Trial Diversion Agreement, provided Defendant BRITTNEY LEE ZARAGOZA abides by the following conditions and the requirements of the Pre-Trial Diversion program set out below in this Pre-Trial Diversion Agreement.

3.    The United States may release Defendant BRITTNEY LEE ZARAGOZA from this agreement at any time. The United States may at any time within the period of Defendant BRITTNEY LEE ZARAGOZA=s deferral reinitiate prosecution for the offenses alleged in the Second Superseding Indictment (ECF No. 105) should Defendant BRITTNEY LEE ZARAGOZA violate the conditions of this Pre-Trial Diversion Agreement.  In that event, the United States will furnish Defendant BRITTNEY LEE ZARAGOZA with notice specifying the conditions of the Pre-Trial Diversion Agreement that she violated.  Defendant BRITTNEY LEE ZARAGOZA agrees that the determination of whether she has violated the terms of this Pre-Trial Diversion Agreement shall be made by the Court.

4.    If Defendant BRITTNEY LEE ZARAGOZA successfully completes the terms set forth in this Pre-Trial Diversion Agreement, the United States will move to dismiss, with prejudice, the Second Superseding Indictment in this matter at ECF No. 105.  If after a term of 30 months, Defendant BRITTNEY LEE ZARAGOZA, has successfully completed the terms of this Pre-Trial Diversion Agreement, the Defendant may petition the Court for early termination of this Pre-Trial Diversion Agreement.  Any determination about whether to grant or reject such an early termination request shall be made by the Court.

5.    This Pre-Trial Diversion Agreement will not be used against the Defendant, BRITTNEY LEE ZARAGOZA, in connection with any prosecution for the above-described offense.

6.     The following conditions apply:

a.     Defendant BRITTNEY LEE ZARAGOZA shall abide by all the terms and conditions of the currently court-ordered conditions of release (ECF No. 277).

b.     Defendant BRITTNEY LEE ZARAGOZA shall continue to be suprvised by U.S. Probation during the pendency of this Pre-Trial Diversion Agreement.

c.     Defendant BRITTNEY LEE ZARAGOZA shall complete 40 hours of community service with an entity / organization approved by the U.S. Probation Office.

d.     Defendant BRITTNEY LEE ZARAGOZA agrees to waive all time-based challenges to prosecution, including but not limited to those related to the Speedy Trial Act.

e.     Defendant BRITTNEY LEE ZARAGOZA agrees to hold all law enforcement and the United States, its agents, and its employees, harmless from any claims whatsoever arising in connection with the prosecution, investigation, and resolution of this cause.

Joseph H. Harrington
United States Attorney


_____          10/10/18
Stephanie Van Marter                                  DATE
Assistant United States Attorney


_____          10/10/18
Caitlin Baunsgard                                        DATE
Assistant United States Attorney

## REQUEST FOR PRE-TRIAL DIVERSION
## BY BRITTNEY LEE ZARAGOZA

I, Brittney Lee Zaragoza, assert and certify that I am aware of the fact that the Sixth Amendment to the Constitution of the United States provides that in all criminal prosecutions the accused shall enjoy the right to a speedy and public trial. I also am aware that Rule 48(b) of the Federal Rules of Criminal Procedure provides that the Court may dismiss an Indictment, Information, or Complaint for unnecessary delay in presenting a charge to the Grand Jury, filing an Information, or in bringing a defendant to trial. I hereby request that the United States Attorney for the Eastern District of Washington defer any prosecution of me for a period of 60 months, for the following violations alleged in the Second Superseding Indictment returned in this matter on December 6, 2016, ECF No. 105, charging me with Conspiracy to Commit Money Laundering, in violation 18 U.S.C. ' 1956(h), and two counts of Money Laundering, each in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

To induce the United States Attorney for the Eastern District of Washington to defer such prosecution, I, BRITTNEY LEE ZARAGOZA, agree and consent that any delay from the date of this Agreement to the date of the initiation of the prosecution, as provided for in the terms expressed herein, shall be deemed to be a necessary delay at my request and I waive any defense to such prosecution on the ground that such delay operated to deny my rights under Rule 48(b) of the Federal Rules of Criminal Procedure and the Sixth Amendment to the Constitution of the United States to a speedy trial or to bar the prosecution by reason of the running of the statute of limitations for the effective period of this Diversion Agreement. I, BRITTNEY LEE ZARAGOZA, also agree to all of the terms and conditions set forth in this Pre-Trial Diversion Agreement.

\\

\\

I hereby state that the above has been read by me and explained to me by my attorney. I understand the conditions of my Pre-Trial Diversion and agree that I will comply with them.


_Brittney Zaragoza_____    10/10/18
BRITTNEY LEE ZARAGOZA                    DATE
Defendant


_Victor Lara_____    10/10/18
Victor Lara                              DATE
Attorney for Brittney Lee Zaragoza


APPROVED without passing judgment on the merits or wisdom of this diversion.


_Edward F. Shea_____    10/10/18
Edward F. Shea.                          DATE
Senior United States District Court Judge